**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6894**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

CLYDE AUSTIN GRAY, JR., a/k/a Poochie,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:09-cr-00326-TSE-2)

Submitted:  December 20, 2018             Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clyde Austin Gray, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Austin Gray, Jr., appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record included on appeal and find no reversible error and no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gray*, No. 1:09-cr-00326-TSE-2 (E.D. Va. June 20, 2018). We deny Gray's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*